DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**STEPHANIE SACKETT,**
Appellant,

v.

**DAVID TUBERO** and **PAULA TUBERO,**
Appellees.

No. 4D2024-2565

[July 9, 2025]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Jaimie R. Goodman, Judge; L.T. Case No. 2022CA008018.

Lisa M. Boswell of Lisa M. Boswell, P.A. Wellington, for appellant.

No appearance for appellees.

PER CURIAM.

*Affirmed. See Ortuzar v. Foley*, 339 So. 3d 456, 458 (Fla. 2d DCA 2022) (holding that the reference in section 83.48, Florida Statutes (2022), to a "judgment" requires a "final adjudication of the merits of an action" to trigger entitlement to attorney's fees); *Aquino v. Choy*, 367 So. 3d 538, 538–39 (Fla. 4th DCA 2023) (affirming the denial of an award of prevailing party attorney's fees based upon section 83.48, because the statute "does not provide that attorney's fees will inure to the prevailing party; it provides that a party in whose favor a judgment or decree has been rendered may recover fees from the nonprevailing party . . . [a]nd a voluntary dismissal without prejudice is not an adjudication of the merits"); *Kovic v. Kovic*, 336 So. 3d 22, 25 (Fla. 4th DCA 2022) (holding that an argument raised for the first time in the motion for rehearing in the trial court "is not preserved for appeal").

WARNER, GROSS and CONNER, JJ., concur.

\*        \*        \*

*Not final until disposition of timely filed motion for rehearing.*